AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Alberto Marte,<br>Marcos Pena,<br>William Brantley<br>Juan Perez, [defendants' names continued below]<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 16Mj 3187 (KAR)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May to September 22, 2016__ in the county of __Hampden__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 846 | Conspiracy to distribute heroin. |

This criminal complaint is based on these facts:

See attached affidavit of DEA SA John Barron.
Defendants' names continued:
Jovanni Rodriguez, Carlos Rivera, Julian Declet, Diolfi Antonio Marte Vasquez, Jose Miguel Ramos, Anthony Patino, Mirelvy Vasquez, Pablo Rosario, Anyuly Tavarez, and Eduardo Fernandez.

☑ Continued on the attached sheet.

*Complainant's signature*
DEA SA John Barron
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/22/2016

*Judge's signature*

City and state: Springfield, MA

U.S. Magistrate Judge Katherine A. Robertson
*Printed name and title*