UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                      )<br>)<br>1)  Alberto Marte                         )<br>)<br>and                                      )<br>)<br>8)  Juan Perez,                          )<br>)<br>    Defendants.                       ) | Criminal No. 16-30044-MGM |

### AFFIDAVIT OF SPECIAL AGENT JOHN BARRON IN RESPONSE TO THE COURT'S ORDER REGARDING DEFENDANTS' MOTION TO COMPEL DISCOVERY (DKT. NO. 394)

1. My name is John Barron and I am a Special Agent with the Drug Enforcement Administration, currently assigned to the New England Field Division, Springfield Resident Office.

2. I have personally participated in the matters contained within Case No. 16-cr-30044-MGM since approximately January, 2016.

3. I make this Affidavit based upon personal knowledge derived from my participation in this investigation and upon information gathered from other Special Agents within the Drug Enforcement Administration, including the County Attaché of the DEA's Santo Domingo Country Office (SDCO) and Special Agents currently and formerly assigned to the SDCO familiar with both the procedures for local judicial wire intercepts in the Dominican Republic and the investigation of the target of the Dominican wiretap. I am confident that I have communicated with all those persons within the DEA

having the most relevant information in order to comply with this Court Order.

4. The DEA did not initiate the investigation in the Dominican Republic that led to the interception of Defendant Marte's communications with a target of the Dominican wiretap. The DEA has no authority to initiate investigations in the Dominican Republic.

5. The DEA did not request that Dominican officials apply for the court order authorizing the Dominican wiretap that intercepted Defendant Marte's communications. The Dominican Republic authorities operate completely autonomously and make all decisions regarding court process in the Dominican Republic.

6. DEA agents did not supervise, direct, or control the Dominican wiretap that intercepted Defendant Marte's communications with a target of the Dominican wiretap. The Dominican Republic process to obtain judicial wire intercept authorization is exclusively controlled and directed by Dominican Republic law enforcement and judicial authorities.

7. DEA agents did not personally participate in intercepting and recording Defendant Marte's communications with a target of the Dominican wiretap.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
John Barron
Special Agent
Drug Enforcement Administration

Dated: February 14, 2018